```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


STEVE TOLBERT,                    )
                                  )
     Plaintiff,                   )
                                  )   CIVIL ACTION NO.
     v.                           )      2:05cv283-T
                                  )         (WO)
GMAC MORTGAGE CORPORATION,        )
et al.,                           )
                                  )
     Defendants.                  )
```

## OPINION

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the application to proceed in forma pauperis be denied, that this lawsuit be dismissed without prejudice prior to service of process, and that this matter be referred to the Office of the United States Attorney for any review, investigation, and other action deemed appropriate. There were no objections filed to the recommendation. After an independent and de novo review of the record,

the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of June, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE