```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


STEVE TOLBERT,                  )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )       2:05cv283-T
                                )           (WO)
GMAC MORTGAGE CORPORATION,      )
et al.,                         )
                                )
    Defendants.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(2) The application to proceed in forma pauperis (Doc. No. 2) is denied.

(3) This lawsuit is dismissed without prejudice prior to service of process.

(4) This matter is referred to the Office of United States Attorney for any review, investigation, and other action deemed appropriate.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of June, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**